FILED

NOV 1 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09cr2721-GT |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| MARSSE CABUSORA-CASTILLO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for November 19, 2009, at 9:00 a.m. be continued until November 24, 2009 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: _Nov. 12, 2009_

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE