FILED
NOV 17 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARSSE CABUSORA-CASTILLO,<br><br>    Defendant. | Case No. 09cr2721-GT<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for November 19, 2009, at 9:00 a.m. be continued until January 13, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 11-16-09

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE