FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09cr2721-GT |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING HEARING |
| MARSSE CABUSORA-CASTILLO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for January 13, 2010, at 9:30 a.m. be continued until January 21, 2010 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: Jan. 12, 2010

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE